IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEFANIE RANGER,

    Plaintiff,

v.                                                                                    CV 13-671 WJ/CG

AVA MARTINEZ, Agent of the Bureau of
Indian Affairs, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference to schedule a settlement conference will be held by telephone on **March 6, 2014** at **2 p.m**.

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE