# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

### Before the Honorable Carmen E. Garza
### United States Magistrate Judge

### Clerk's Minutes

### 13-cv-671 WJ/CG

### Ranger v. Martinez

### March 6, 2014 at 2 p.m.

---

Attorneys for Plaintiff:	William R. Keeler

Attorneys for Defendant:	Michael H. Hoses

Proceedings:	Telephonic Status Conference

The parties are proceeding with discovery, and are trying to informally settle the case. The parties will contact the Court to schedule a settlement conference if they are unable to resolve the case.

Clerk:	kdd
	2 – 2:05 p.m.