IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEFANIE RANGER,

      Plaintiff,                          No. 1:13cv-00671 WJ/CG

vs.

AVA MARTINEZ, VARIOUS AGENTS,
EMPLOYEES, AND OFFICIALS OF THE
BUREAU OF INDIAN AFFAIRS AND OF
THE UNITED STATES DEPARTMENT OF
INTERIOR, AND THE UNITED STATES OF
AMERICA,

      Defendants.

## STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

                                               KEELER & KEELER, LLP

                                               _____
                                               WILLIAM R. KEELER, ESQ.
                                               108 E. Aztec Avenue
                                               Gallup, NM   87301
                                               (505) 722-5608; (505) 722-5614 fax
                                               billkeeler@keelerandkeeler.com
                                               Counsel for Plaintiff

DAMON P. MARTINEZ
Acting United States Attorney

_____
MICHAEL H. HOSES
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1455; (505) 346-7205 fax
michael.hoses@usdoj.gov
Counsel for the United States of America